# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 27, )<br>)<br>Defendants. )<br>)<br>) | CASE NO.: 1:11-CV-02890<br><br>Judge: Hon. Elaine E. Bucklo<br><br>Magistrate: Hon. Morton Denlow |

## PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Plaintiff, pursuant to Local Rule 83.17, respectfully requests leave to substitute counsel of record, and states as follows:

1. Counsel of record for Plaintiff is John Steele of Steele Hansmeier PLLC.

2. Plaintiff wishes to substitute Paul Duffy of Prenda Law Inc. as its counsel in this matter.

3. Mr. Steele has relocated out-of-state. Mr. Duffy is located in Chicago, Illinois.

4. Mr. Duffy is a member of the trial bar, has tried cases in this District, and is prepared to represent Plaintiff in this action. Mr. Duffy's appearance will not prevent Plaintiff from meeting existing court deadlines or proceeding in this case. The requested substitution is not being sought for delay.

5. Plaintiff consents to Mr. Duffy's substitution as counsel in this action.

6. Counsel requests that all future pleadings served on Plaintiff shall be furnished to Paul Duffy, Esq., Prenda Law Inc., 161 N. Clark St., Suite 3200, Chicago, IL 60601.

-2-

WHEREFORE, Plaintiff respectfully requests leave for John Steele of the law firm Steele Hansmeier PLLC to withdraw as counsel for Plaintiff, and leave for Paul Duffy of the law firm Prenda Law Inc. to file his appearance on behalf of Plaintiff in this action.

Respectfully submitted,

FIRST TIME VIDEOS, LLC

**DATED:** November 11, 2011

By: /s/ John Steele
JOHN STEELE (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St., Suite 3200
Chicago, IL 60601
Tel.: (312) 880-9160
Fax: (312) 893-5677
E-mail: jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 11, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                            /s/ John Steele
                                                           JOHN STEELE