**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, ) | CASE NO.: 1:11-CV-02890 |
| Plaintiff, ) | |
| ) | Judge: Hon. Elaine E. Bucklo |
| v. ) | |
| ) | Magistrate: Hon. Morton Denlow |
| DOES 1 – 27, ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF REMAINING DOE DEFENDANTS**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the remaining Doe Defendants to this action. The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

Respectfully submitted,

FIRST TIME VIDEOS, LLC

**DATED:** December 7, 2011

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on December 7, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                  /s/ Paul Duffy
                                  Paul Duffy